IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

WILLIE JONES,

      Appellant,

v.

                                       Case No.    5D21-2746
                                       LT Case No. 2015-CF-3098

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 28, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Steven G. Rogers, Judge.

Willie Jones, Lowell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


WALLIS, EISNAUGLE and HARRIS, JJ., concur.